```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ORI WILBUSH, Individually and on behalf of all
others similarly situated,
                              Plaintiff,

     -against-                                    16 **CIVIL** 5076 (RMB)

## JUDGMENT

AMBAC FINANCIAL GROUP, INC., DIANA
N. ADAMS, DAVID TRICK, JEFFREY S. STEIN,
NADER TAVAKOLI, and CATHY MATANLE,
                             Defendants.
-------------------------------------------------------------X

       Defendants having moved to dismiss, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on September 5, 2017, having rendered its Decision and Order granting Defendants' motion to dismiss, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 5, 2017, Defendants' motion to dismiss is granted.

**Dated:**  New York, New York
           September 6, 2017

                                                                 RUBY J. KRAJICK
                                                                    Clerk of Court
                                    BY:
                                                                      Deputy Clerk